■ Julia Hachick, as Administratrix of the Estate of Albert Hachick, Deceased, Respondent, v. Syntron Buffalo Sales Co., Inc., Defendant, and John C. Durk et al., Doing Business as McGrath & Durk Hardware, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ The People of the State of New York, Respondent, v. Henry Lee Hines, Appellant.— Motion for reargument denied. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ Pauline R. Weiss, Respondent-Appellant, v. Francis A. Fote et al., Respondents, and City of Buffalo, New York, Appellant.— Motions for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ Willie L. Alexander, Respondent, v. Francis A. Fote, Defendant, and City of Buffalo, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ The People of the State of New York ex rel. Norbert Paul Eastman, Appellant, against Walter B. Martin, as Warden of Attica Prison, Respondent.— Motion for reargument denied. Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ Alfred Andressi, Appellant, v. George Spade et al., Respondents.— Motion granted to appeal on typewritten records and briefs and Milo Thomas, Esq. assigned as attorney to conduct appeal; appeal dismissed unless typewritten records and briefs are filed and served on or before August 15, 1959.

■ Gabriel M. Goldsmith, Plaintiff, v. John G. Bennett et al., Defendants.— Stay continued pending hearing and determination of appeal, on condition an undertaking in the sum of $8,000 is posted in cash or bond with good and sufficient sureties to be approved by the Special Term.

■ Carolyn L. Lewis, as Guardian ad Litem, Appellant, v. Harley C. Meyers, Respondent.— Motion granted to appeal on typewritten records and briefs. The record must be settled before the Trial Justice.

■ Marjorie T. Lane, Appellant, v. Alfred L. Lane, Respondent.— Motion to amend notice of appeal granted; appeal dismissed unless printed records and briefs are filed and served on or before August 15, 1959.

■ In the Matter of Edward J. Punch et al., Petitioners, against Clarence Foertch et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before August 10, 1959.

■ In the Matter of the Arbitration between Henry Sloma, Doing Business as Sloma Building Co., Respondent, and James G. Davison, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before August 1, 1959.

■ In the Matter of the Probate of the Will of Josephine Podolak, Deceased.— Motion granted and time for filing and serving printed records and briefs on appeal extended to August 15, 1959.

■ Frieda Miller, Appellant, v. Robert Morse, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before August 1, 1959.

■ John J. Miller, Appellant, v. Robert Morse, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before August 1, 1959.